
RECEIVED
USMS HARRISBURG, PA

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:11-cr-0302-01 |
| Humphrey Ezekiel Holmes | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Humphrey Ezekiel Holmes,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violations of Supervised Release

Date: 08/04/2014

*Issuing officer's signature*

City and state: Harrisburg, PA

Rashelle Weida, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8/4/14, and the person was arrested on *(date)* 8/8/14
at *(city and state)* Harrisburg, PA.

Date: 8/8/14

*Arresting officer's signature*

Kevin Dustin
*Printed name and title*